IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 24-cv-00007-CNS-SBP | Date: October 24, 2024 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| AIXA MEDINA MORALES<br>**Plaintiff**<br><br>v.<br><br>UNITED AIRLINES INC<br>ASSOCIATION OF FLIGHT ATTENDANTS-<br>CWA<br>**Defendants** | *Maryam Hadden*<br><br><br><br><br>*David Gartenberg* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 10:32 a.m.

Appearance of counsel. Also present at defense table is Libby Valenzuela.

Argument as to [25] Motion to Dismiss Plaintiff's Claims Against Defendant United Airlines, Inc. given by Mr. Gartenberg and Ms. Hadden with questions from the Court.

As outlined on the record, it is

**ORDERED:   [25] Motion to Dismiss Plaintiff's Claims Against Defendant United Airlines, Inc. is GRANTED in part and DENIED in part.**

**Plaintiff is to file a Status Report within 10 days as to service of the union.**

Discussion held on Motion to Transfer Venue, motion is to be filed within 28 days.

Discussion held on stay of discovery.

Court in Recess:  11:17 a.m.          Hearing concluded.          Total time in Court:  00:45